**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALICIA KINEBREW,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,**<br>            **Defendant.** | **NO.  15-6855** |

**O R D E R**

**AND NOW**, this 26th day of May, 2016, upon consideration of Defendant the United States of America's Motion to Dismiss Pursuant to Rule 12(b)(1) (ECF No. 8), the Plaintiff's response in opposition thereto (ECF No. 10), and the Defendant's reply (ECF No. 11), it is **ORDERED** that:

(1) the Motion to Dismiss is **GRANTED**; Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

(2) the Clerk of the Court is directed to close this case.

**BY THE COURT:**

**/s/ Wendy Beetlestone**

_____
**WENDY BEETLESTONE, J.**